UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> JWKJ TECHNOLOGIES LLC, <br><br> Defendant. | Case No.: 4:24-cv-00927 |

**PLAINTIFF BITMAIN TECHNOLOGIES GEORGIA LIMITED'S**
**DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to E.D. Mo. Local Rule 2.09 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Bitmain Technologies Georgia Limited ("Plaintiff"), by and through its undersigned counsel, states as follows:

1(a).   Plaintiff has not issued shares to the public and thus is not publicly traded.

1(b).   Plaintiff is a wholly owned subsidiary of Bitmain Delaware Holding Company, Inc., a private corporation. Bitmain Delaware Holding Company, Inc., is a wholly owned subsidiary of Bitmain Switzerland AG, a private corporation. Bitmain Switzerland AG is a wholly owned subsidiary of Bitmain Technologies Limited, a private corporation. Bitmain Technologies Limited is a wholly owned subsidiary of Bitmain Technologies Holding Company, a private corporation.

1(c).   Plaintiff does not have any subsidiaries that are not wholly owned by it and have issued shares to the public.

1(d).   No publicly held company or corporation owns five percent (5%) or more of Plaintiff.

2.   Plaintiff is a corporation. It was incorporated in the State of Georgia and maintains its principal place of business in Georgia. No other individuals or entities have citizenship attributed to Plaintiff under 28 U.S.C. § 1332(a).

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days after the change or event. E.D. Mo. Local Rule 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

DATED:  July 8, 2024

                                Respectfully submitted,

                                SHANK & HEINEMANN, LLC

                                By: */s/ Christopher S. Shank*
                                Christopher Shank, MO Bar # 28760
                                1968 Shawnee Mission Parkway, Suite 100
                                Mission Woods, KS 66205
                                Telephone: 816-471-0909
                                Fax:   816-471-3888
                                chris@shanklawfirm.com

                                and

        Matthew G. Lindenbaum (*Pro Hac Vice motion forthcoming*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: 617.217.4700
Facsimile: 617.217.4710
Matthew.Lindenbaum@nelsonmullins.com

*Attorneys for Plaintiff Bitmain Technologies Georgia Limited*

**Certificate of Service**

  I hereby certify that a true copy of the foregoing Plaintiff Bitmain Technologies Limited's Disclosure of Corporate Interests was served by electronic mail on July 8, 2024 on the following counsel for Defendant JWKJ Technologies LLC:

Rachel M. Milazzo
Dentons US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102
rachel.milazzo@dentons.com

        */s/ Christopher S. Shank*
        Attorney for Plaintiff