## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> JWKJ TECHNOLOGIES LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:24-cv-00927 |

### PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Bitmain Technologies Limited ("Bitmain" or "Plaintiff") respectfully requests that this Court enter a temporary restraining order and temporary injunction enjoining Defendant JWKJ Technologies LLC ("JWKJ") from:

(i) preventing Bitmain from entering JWKJ's facility located at 4350 Semple Avenue, St. Louis, MO 63210 (the "Data Center Facility") for the purpose of removing 3,407 of Bitmain's bitcoin mining servers (the "Hosted Servers");

(ii) selling or otherwise disposing of the Hosted Servers;

(iii) continuing to use the Hosted Servers to mine bitcoin while the computational power for the Hosted Servers is directed to a mining pool with rewards for JWKJ or any affiliated entity; and

(iv) selling or otherwise disposing of any bitcoin JWKJ mined while the computational power for the Hosted Servers was directed to a mining pool with rewards for JWKJ or any affiliated entity.

In connection with the temporary restraining order, Bitmain requests the Court to allow expedited discovery so Bitmain can prepare for any preliminary injunction hearing.

In support of this Motion, Bitmain adopts by reference the statements in and exhibits set forth in the Complaint, Declaration of Zheng Shang (including exhibits thereto), and Memorandum in Support being filed contemporaneously.

DATED: July 8, 2024

    Respectfully submitted,

    SHANK & HEINEMANN, LLC

    By: */s/ Christopher S. Shank*
    Christopher S. Shank, MO Bar # 28760
    1968 Shawnee Mission Parkway, Suite 100
    Mission Woods, KS 66205
    Telephone: 816-471-0909
    Fax:    816-471-3888
    chris@shanklawfirm.com

    NELSON MULLINS RILEY & SCARBOROUGH LLP

    Matthew G. Lindenbaum (*Pro Hac Vice motion forthcoming*)
    One Financial Center, Suite 3500
    Boston, MA 02111
    Telephone: 617.217.4700
    Facsimile: 617.217.4710
    Matthew.Lindenbaum@nelsonmullins.com

    *Attorneys for Plaintiff*
    *Bitmain Technologies Georgia Limited*

**Certificate of Service**

    I hereby certify that a true copy of the foregoing Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery is being served by electronic mail on July 8, 2024 on the following counsel for Defendant JWKJ Technologies LLC:

Rachel M. Milazzo
Dentons US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102
rachel.milazzo@dentons.com

                                              */s/ Christopher S. Shank*
                                              Attorney for Plaintiff