# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 4:24-cv-00927 |
| JWKJ TECHNOLOGIES LLC, | ) ) ) |
| Defendant. | ) ) |

## BOND ORDER

Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff is ordered to post surety bond in the amount of _____ as security to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained.

So Ordered:

_____
The Honorable
Date: