UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BITMAN TECHNOLOGIES GEORGIA LIMITED

_____,
     Plaintiff(s),

v.   Case No. 4:24-CV-00927

JWKJ TECHNOLOGIES LLC
_____,
     Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
   (Plaintiff or Defendant)

HPS Process Service & Investigations
_____
(name and address of process server)

6642 Clayton Road, Suite 243

Richmond Heights, MO 63117

To serve: __JWKJ TECHNOLOGIES LLC__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

07/09/2024
_____  _____
(date)                    (attorney for Plaintiff)

                                 _____
                                 (attorney for Defendant)