AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

BITMAIN TECHNOLOGIES GEORGIA LIMITED

*Plaintiff*

v.   Civil Action No. 4:24-CV-00927

JWKJ TECHNOLOGIES LLC

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JWKJ Technologies, LLC
7901 4th St. N., Suite 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher S. Shank
SHANK & HEINEMANN LLC
1968 Shawnee Mission Pkwy, Ste 100
Mission Woods, KS 66205

Matthew G. Lindenbaum (Pro Hace Vice motion pending)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Ste 3500
Boston, MA 02111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/09/2024

*Signature of Clerk or Deputy Clerk*