UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 4:24-cv-00927-HEA |
| JWKJ TECHNOLOGIES LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE REQUESTING HEARING ON**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

Comes now Plaintiff Bitmain Technologies Georgia Limited, by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on Monday, July 15, 2024 at 10:45 a.m., or as soon thereafter as may be heard.

As explained below, Defendant JWKJ Technologies LLC __X__ was notified (through counsel) ___ was not notified and ___ will appear ___ will not appear.

Counsel for Plaintiff understands that Defendant JWKJ Technologies LLC is represented by the following counsel, who has been (1) notified of the filing of this action, (2) served by electronic mail with copies of the Complaint (Doc. 1, including all attachments) and Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (Doc. 3, including all attachments), and (3) advised of the Court's availability to hear Plaintiff's Motion (Doc. 3) on July 15, 2024 at 10:45 a.m.:

Rachel M. Milazzo
Dentons US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102
rachel.milazzo@dentons.com

As of the filing of this Notice Requesting Hearing on Motion for Temporary Restraining Order, the undersigned counsel for Plaintiff has not received any response from Ms. Milazzo concerning Defendant's availability to appear at a hearing on July 15, 2024 at 10:45 a.m.

DATED:  July 9, 2024

    Respectfully submitted,

    SHANK & HEINEMANN, LLC

    By: */s/ Christopher S. Shank*
    Christopher Shank, MO Bar # 28760
    1968 Shawnee Mission Parkway, Suite 100
    Mission Woods, KS 66205
    Telephone: 816-471-0909
    Fax:    816-471-3888
    chris@shanklawfirm.com

    and

    Matthew G. Lindenbaum (*Pro Hac Vice motion pending*)
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    One Financial Center, Suite 3500
    Boston, MA 02111
    Telephone: 617.217.4700
    Facsimile:  617.217.4710
    Matthew.Lindenbaum@nelsonmullins.com

    *Attorneys for Plaintiff Bitmain Technologies Georgia Limited*

## Certificate of Service

      I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served by electronic mail on July 9, 2024 on the following counsel for Defendant JWKJ Technologies LLC:

Rachel M. Milazzo
Dentons US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102
rachel.milazzo@dentons.com

                                                      */s/ Christopher S. Shank*
                                                      Attorney for Plaintiff