UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BITMAN TECHNOLOGIES GEORGIA LIMITED, )
)
    Plaintiff, )
)
    v. ) Case No. 4:24CV927 HEA
)
JWKJ TECHNOLOGIES LLC, )
)
    Defendants

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion for Temporary Restraining Order is set in this matter on July 15, 2024, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 11th day of July, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE