**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, | ) ) ) |
| Plaintiff, | ) ) ) No. 4:24-cv-00927-HEA |
| vs. | ) ) |
| JWKJ TECHNOLOGIES LLC, | ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Rachel M. Milazzo of the law firm Dentons US LLP hereby enters her appearance on behalf of Defendant JWKJ Technologies LLC.

Dated: July 15, 2024                         Respectfully submitted,

**DENTONS US LLP**

By: */s/ Rachel M. Milazzo*
    Rachel M. Milazzo, #59624MO
    Hanley Corporate Tower
    101 S. Hanley, Suite 600
    St. Louis, MO 63105
    Telephone: (314) 241-1800
    Facsimile: (314) 259-5959
    rachel.milazzo@dentons.com

*Attorneys for Defendant JWKJ Technologies LLC*