# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 4:24-cv-00927-HEA |
| vs. | )<br>) |
| JWKJ TECHNOLOGIES LLC, | )<br>) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Jacob W. Thessen of the law firm Dentons US LLP hereby enters his appearance on behalf of Defendant JWKJ Technologies LLC.

Dated:  July 15, 2024           Respectfully submitted,

**DENTONS US LLP**

By:  */s/ Jacob W. Thessen*
    Jacob W. Thessen, #67114MO
    Hanley Corporate Tower
    101 S. Hanley, Suite 600
    St. Louis, MO 63105
    Telephone: (314) 241-1800
    Facsimile: (314) 259-5959
    jake.thessen@dentons.com

Attorneys for Defendant JWJK Technologies LLC